IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| HEATH CHAFFIN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v.  ) | 1:16cv400-MHT |
| ) | (WO) |
| ELAINE COOK WILLMANN, ) | |
| ) | |
|     Defendant. ) | |

OPINION AND ORDER

This cause, which was removed from state court to federal court based on diversity-of-citizenship jurisdiction, see 28 U.S.C. §§ 1332 & 1441, is now before the court on a motion to remand filed by the plaintiff.  The plaintiff contends that the amount in controversy in this lawsuit is not high enough to confer diversity jurisdiction, and has stipulated that he will not accept any amount over $75,000 in this litigation.  On that basis, the defendant agrees that remand is appropriate.  The court agrees as well.

\*\*\*

Accordingly, because this court lacks subject matter jurisdiction, it is the ORDER, JUDGMENT, and DECREE of the court that the plaintiff's motion to remand (doc. no. 7) is granted, and that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Coffee County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 9th day of August, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**